NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JI-SOO LEE,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2021-1576

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00045.

---

## JUDGMENT

---

BENJAMIN E. MASKELL, Maskell Law PLLC, Arlington, VA, argued for appellant. Also represented by SEONG-DON HWANG, Woodbridge, VA.

LUANN LORAINE SIMMONS, O'Melveny & Myers LLP, San Francisco, CA, argued for appellee. Also represented by DAVID ALMELING, DARIN W. SNYDER, BILL TRAC; MICHAEL TIMOTHY HAWKINS, Fish & Richardson PC, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 14, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |